IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBIR KHODJAEV, | : |
| Petitioner, | : |
| v. | : |
| | : PETITION FOR |
| | : WRIT OF HABEAS |
| | : CORPUS |
| | : No. 26-cv-69 |
| MICHAEL ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement et al., | : |
| Respondents. | : |

## ORDER

**AND NOW,** this 9th day of January, 2026, upon consideration of Mr. Khodjaev's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Khodjaev is not subject to mandatory detention under 8

1

U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Khodjaev from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on January 16, 2026;

3. The Government is temporarily enjoined from re-detaining Mr. Khodjaev for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Khodjaev after that seven-day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Khodjaev from the Commonwealth of Pennsylvania. If the Immigration Judge determines that Mr. Khodjaev is subject to detention under 8 U.S.C. § 1226(a), the Government may request

permission from me to move Mr. Khodjaev if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Khodjaev.

The Clerk of Court shall mark this case closed.

 s/ANITA B. BRODY, J.<br>
ANITA B. BRODY, J.